1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ALFONZO TOLBERT,                        CASE NO. 1:03-CV-5254-REC-SMS-P

10              Plaintiff,                   ORDER GRANTING DEFENDANT'S
                                            MOTION FOR AN EXTENSION OF TIME
11       v.                                 NUNC PRO TUNC TO DECEMBER 14, 2005

12   D. PEELER,                             (Doc. 33)

13              Defendant.
                                    /
14

15       Plaintiff Alfonzo Tolbert ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 10, 2005, defendant

17   Peeler ("defendant") filed a motion seeking an extension of time to file a motion for summary

18   judgment, and on December 14, 2005, defendant filed a motion for summary judgment.

19       Accordingly, defendant's motion for an extension of time is GRANTED nunc pro tunc to

20   December 14, 2005.

21

22   IT IS SO ORDERED.

23   **Dated:    December 15, 2005**              **/s/ Sandra M. Snyder**
     i0d3h8                                UNITED STATES MAGISTRATE JUDGE
24

25
26
27
28

1