1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9  ALFONZO TOLBERT,                          CASE NO. 1:03-CV-5254-REC-SMS-P

10             Plaintiff,                    ORDER GRANTING PLAINTIFF'S MOTION
                                             FOR AN EXTENSION OF TIME TO FILE AN
11      v.                                   OPPOSITION

12  D. PEELER,                               (Doc. 37)

13             Defendant.
    _____/
14

15       On December 29, 2005, plaintiff filed a motion seeking an extension of time to file an

16  opposition to defendant's motion for summary judgment.  Plaintiff's motion for an extension of time

17  is HEREBY GRANTED.  Plaintiff shall file his opposition within **thirty (30) days** from the date

18  of service of this order.

19

20  IT IS SO ORDERED.

21  **Dated:    January 26, 2006**              _____/s/ Sandra M. Snyder_____
    i0d3h8                                   UNITED STATES MAGISTRATE JUDGE
22

23
24
25
26
27
28