# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT, | CASE NO. 1:03-CV-5254-REC-SMS-P |
| Plaintiff, | ORDER DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF WITH A COPY OF HIS OPPOSITION (Doc. 39) |
| v. | |
| D. PEELER, | ORDER DIRECTING PLAINTIFF TO SIGN THE OPPOSITION AND RETURN IT TO THE COURT WITHIN THIRTY DAYS |
| Defendant. | |

Plaintiff Alfonzo Tolbert ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On December 14, 2005, defendant Peeler filed a motion for summary judgment. After obtaining an extension of time, plaintiff filed an opposition on March 8, 2006. However, plaintiff failed to sign his opposition. The court cannot consider a filing that has not been signed by the party or the party's attorney. Local Rule 7-131; Fed. R. Civ. P. 11(a)

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a copy of his opposition, filed on March 8, 2006;

2. Plaintiff shall sign the opposition and return it to the court for filing within **thirty (30) days** from the date of service of this order;[1]

---

[1] Plaintiff is not required to serve a copy of his signed opposition on defendant's counsel. Pursuant to a new procedure limited at this time to this court, plaintiff is no longer required to serve his filings on defendant's counsel. Counsel will obtain copies of plaintiff's filings via notice of electronic filing sent by the court.

1

3. In order to avoid confusion upon receipt of the signed, previously filed document, plaintiff shall cross out the "Filed" stamp and add the word "amended" in the caption of the opposition; and

4. If plaintiff fails to sign and return his opposition to the court within thirty days, defendant's motion will be deemed submitted and unopposed.

IT IS SO ORDERED.

**Dated:   May 4, 2006**                              **/s/ Sandra M. Snyder**
icido3                                             UNITED STATES MAGISTRATE JUDGE