UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>D. PEELER,<br><br>　　　Defendants. | 1:03-CV-05254-AWI-SMS-P<br><br>ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE PRE-TRIAL STATEMENT AND MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES<br><br>(Docs. 51, 52) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2006, and November 21, 2006, plaintiff filed motions for an extension of time to file a witness list and exhibit list. Good cause appearing, plaintiff shall be granted additional time to file a pre-trial statement and a motion for attendance of incarcerated witnesses, pursuant to the court's order of October 23, 2006.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted an extension of time up to and including <u>December 5, 2006</u> in which to file a pre-trial statement and a motion for attendance of incarcerated witnesses, pursuant to the court's order of October 23, 2006.

IT IS SO ORDERED.

**Dated:   November 28, 2006**　　　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE