IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>           Plaintiff,<br>  v.<br><br>D. PEELER,<br><br>           Defendant<br>_____ | CV F 03-5254  AWI SMS P<br><br>ORDER GRANTING REQUEST<br>FOR EXTENSION OF TIME<br><br>ORDER SETTING TELEPHONIC<br>TRIAL CONFIRMATION<br>HEARING FOR FEBRUARY 12,<br>2007 AT 3:30 P.M.<br><br>(Document #74) |

      This action proceeds on Plaintiff Alfonzo Tolbert's complaint, filed July 1, 2003, against Defendant Peeler.  Plaintiff Tolbert, an inmate in the custody of the California Department of Corrections, brings this civil rights action against Defendant Peeler for alleged use of excessive force in violation of Plaintiff Tolbert's Eighth Amendment rights.  The action is set for trial to be held on February 27, 2007.

      On January 9, 2007, the court issued an order regarding Plaintiff's request for the attendance of incarcerated witnesses and an order regarding Plaintiff's non-incarcerated witnesses.  Specifically, the court granted Plaintiff's motion for the attendance of Inmate Clark, CDC #K68510, and the court denied Plaintiff's motion for the attendance of Inmate Devon, CDC #E43780 and Inmate Brown, CDC #K40403.   The court also ordered Plaintiff to immediately provide the court with the names of his non-incarcerated witnesses and a declaration, signed

under penalty of perjury, that Plaintiff has the required funds to pay each witness so that the court could fill out subpoenas and return them to Plaintiff for service. The court ordered Plaintiff to serve each non-incarcerated witness by January 17, 2007.

On January 17, 2007, Plaintiff filed a motion requesting an extension of time to provide the court with the funds concerning witnesses and that the court transfer Inmate Devon to trial. In his motion, Plaintiff states that he has been rehoused in administrative segregation and he is without all legal materials. Plaintiff states that he will be in administrative segregation for at least sixty days. Plaintiff asks for an extension of time so that Plaintiff can properly defend this case.

In light of Plaintiff's motion, the court finds it necessary to conduct a telephonic trial confirmation hearing. From Plaintiff's motion, it appears that Plaintiff will not be ready for trial on February 27, 2007. Plaintiff has not provided the court with his non-incarcerated witnesses' names, and at this time, it will be impossible for Plaintiff to serve his non-incarcerated witnesses by the date previously ordered. Plaintiff does not appear to have his legal materials in his possession, and it is unclear if Plaintiff can fully prepare for trial without them. Thus, the court will grant Plaintiff's request to continue dates and deadlines concerning his witnesses. In order to determine what new dates should be set and to confirm whether the trial can even proceed on February 27, 2007, the court will conduct a telephonic trial confirmation on February 12, 2007 at 3:30 p.m.

Accordingly, the court ORDERS that:

1. Plaintiff's motion for an EXTENSION of time is GRANTED;
2. All parties are RELIEVED from the deadlines regarding trial set in the Pretrial Order and January 9, 2007 order pending further order of the court;
3. The court sets a telephonic trial confirmation hearing in this action for February 12, 2007 at 3:30 p.m. Counsel for Defendant is directed to

1         arrange for telephone contact with Plaintiff and shall initiate the call to
(559) 499-5669; and

3.     The Clerk of the Court is DIRECTED to fax a copy of this order and the Amended Pretrial Order to CCI Litigation Coordinator Steve Albritton, with a request that he arrange for it to be given to Plaintiff.

IT IS SO ORDERED.

**Dated:**   **January 23, 2007**                   **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE