# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. PEELER,<br><br>        Defendant.<br>_____ / | CASE NO. 1:03-cv-05254-LJO-SMS PC<br><br>ORDER MOVING TELEPHONIC TRIAL SETTING HEARING FROM MARCH 26, 2007, AT 3:30 P.M. TO MARCH 26, 2007, AT 8:30 A.M.<br><br>ORDER DIRECTING CLERK'S OFFICE TO FAX ORDER TO LITIGATION OFFICE AT CCI<br><br>Hearing Date:   March 26, 2007<br>Hearing Time:   8:30 a.m.<br>Courtroom:      8 (LJO) |

       This matter is currently set for a telephonic trial setting hearing on March 26, 2007, at 3:30 p.m. before the Honorable Anthony W. Ishii. Pursuant to order filed February 15, 2007, this case was reassigned to the undersigned. The Court's trial calendar necessitates moving the hearing from 3:30 p.m. to 8:30 a.m. on March 26, 2007, before the undersigned.

       Accordingly it is HEREBY ORDERED that:

    1.    The telephonic trial setting hearing is moved from 3:30 p.m. on March 26, 2007, to 8:30 a.m. on March 26, 2007, before the undersigned; and

///
///
///
///

1

2. The Clerk's Office shall send a courtesy copy of this order by facsimile to the Litigation Office at California Correctional Institution.

IT IS SO ORDERED.

**Dated:    February 21, 2007**                               **/s/ Lawrence J. O'Neill**
b9ed48                                                                       UNITED STATES DISTRICT JUDGE