# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. PEELER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:03-cv-05254-LJO-SMS PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL SETTING HEARING FROM MARCH 26, 2007, AT 8:30 A.M. TO MARCH 27, 2007, AT 10:00 A.M.<br><br>ORDER DIRECTING CLERK'S OFFICE TO FAX ORDER TO LITIGATION OFFICE AT SVSP, AND REQUESTING LITIGATION OFFICE TO DELIVER A COPY OF THIS ORDER TO PLAINTIFF<br><br>Hearing Date:   March 27, 2007<br>Hearing Time:   10:00 a.m.<br>Courtroom:       4 (LJO) |

      This matter was set for a telephonic trial setting hearing on March 26, 2007, at 8:30 a.m. before the undersigned. On the morning of the hearing, both the Court and defendant's counsel became aware that plaintiff had been transferred from the California Correctional Institution to Salinas Valley State Prison, and counsel was not able to reach prison officials to set up the conference call on such short notice. Accordingly, it is HEREBY ORDERED that:

    1.    The telephonic trial setting hearing is continued from March 26, 2007, at 8:30 a.m. to March 27, 2007, at 10:00 a.m. before the undersigned in Courtroom 4;

    2.    Defendant's counsel shall set up the conference call and initiate the call to (559) 499-5680;

///

3.     The Clerk's Office shall send a courtesy copy of this order by facsimile to the Litigation Office at Salinas Valley State Prison; and

4.     The Litigation Office is requested to deliver a copy of this order to plaintiff.

IT IS SO ORDERED.

**Dated:**    **March 26, 2007**          /s/ Lawrence J. O'Neill
i0d3h8                                        UNITED STATES DISTRICT JUDGE