# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>D. PEELER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:03-cv-05254-LJO-SMS PC<br><br>ORDER DENYING MOTION FOR ISSUANCE OF ORDER DIRECTING CCI TO FORWARD PLAINTIFF'S PROPERTY<br><br>(Doc. 84)<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS OF RECORD TO SALINAS VALLEY STATE PRISON<br><br>(Doc. 84)<br><br>Deadline to Notify Court of Any Remaining Property Problems: May 1, 2007 |

      Plaintiff Alfonzo Tolbert ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 23, 2007, plaintiff notified the Court that he had been transferred from the California Correctional Institution to Salinas Valley State Prison. Based on this notice, the Court will direct the Clerk's Office to change plaintiff's address of record. Plaintiff requests an order mandating that officials at CCI forward his property.

      At this juncture, plaintiff's concern is premature. Based on the Court's experience, property often arrives separately from its owner during a prison transfer, and it may take several weeks before plaintiff's housing and property issues are settled. As discussed during the telephonic trial confirmation hearing held on March 27, 2007, at 10:00 a.m., plaintiff has until May 1, 2007, within

1

1  which to notify the Court if he has any outstanding property issues.  If the Court does not hear from
2  plaintiff by May 1, 2007, it will consider the property issues deemed resolved.
3       Based on the foregoing, it is HEREBY ORDERED that:
4       1.   The Clerk's Office shall change plaintiff's address of record from the California
5            Correctional Institution to Salinas Valley State Prison;
6       2.   Plaintiff's motion for an order mandating the shipment of plaintiff's property is
7            DENIED, without prejudice, as premature at this juncture; and
8       3.   The deadline for plaintiff to notify the Court of any problems relating to his property
9            is May 1, 2007.

11 IT IS SO ORDERED.
12 **Dated:   March 27, 2007**                **/s/ Lawrence J. O'Neill**
   b9ed48                                         UNITED STATES DISTRICT JUDGE