# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>            Plaintiff,<br><br>    v.<br><br>D. PEELER,<br><br>            Defendant.<br>_____/ | CASE NO. 1:03-cv-05254-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE COURT TO PAY WITNESS FEES AND TRAVEL EXPENSES<br><br>(Doc. 89) |

    Plaintiff Alfonzo Tolbert ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This matter is set for a telephonic trial confirmation hearing on August 1, 2007, and jury trial on September 18, 2007. On June 5, 2007, plaintiff filed a motion seeking to have the Court pay the witness fees and travel expenses for his unincarcerated witnesses. Plaintiff states that he is indigent and is unable to pay the expenses. Defendant Peeler did not file a response.

    As plaintiff was notified via the Second Scheduling Order, which was issued almost eleven months ago, "[b]ecause no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis." (Doc. 48, 4:10-12.) The in forma pauperis status does not provide for the payment of witness fees or travel expenses. 28 U.S.C. § 1915; <u>Dixon v. Ylst</u>, 990 F.2d 478, 480 (9th Cir. 1993); <u>Tedder v. Odel</u>, 890 F.2d 210, 211-12 (9th Cir. 1989).

///

///

1

Accordingly, plaintiff's motion seeking payment of witness fees and travel expenses by the Court is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   July 9, 2007**                             /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE