# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D. PEELER,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:03-cv-05254-LJO-SMS PC<br><br>ORDER CONTINUING JURY TRIAL FROM SEPTEMBER 18, 2007 TO SEPTEMBER 24, 2007<br><br>Jury Trial:　September 24, 2007, at 8:30 a.m. in Courtroom 4 (LJO) |

　　Due to the press of court business, the jury trial set in this matter is HEREBY CONTINUED from September 18, 2007, at 8:30 a.m. to September 24, 2007, at 8:30 a.m. in Courtroom 4 before the undersigned.

IT IS SO ORDERED.

**Dated:　August 1, 2007**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1