IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFONZO TOLBERT,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**C. SHILAY, et al.,**<br><br>                              Defendant. | CASE NO.: 1:03-cv-5254 LJO SMS P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE MOTIONS IN LIMINE**<br><br>(Doc. 93) |

   Defendant's first request for an extension of time to file and serve motions in limine was considered by the Court, and good cause appearing, Defendant's request is granted.

   IT IS HEREBY ORDERED that the deadline to file and serve motions in limine is extended to Wednesday, August 15, 2007.

IT IS SO ORDERED.

**Dated:     August 14, 2007**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE