IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFONZO TOLBERT,**<br><br>Plaintiff,<br><br>v.<br><br>**D. PEELER,**<br><br>Defendant. | CASE NO.: 1:03-cv-5254-LJO-SMS P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE PRETRIAL DOCUMENTS** (Doc. 100) |

Defendant's first request for an extension of time to file and serve his trial brief, verdict form, jury instructions, voir dire, oppositions to motions in limine and statement of the case, and to submit trial exhibits and an exhibit list, was considered by the Court, and good cause appearing, Defendant's request is granted. In light of the fact that Plaintiff will likely be transferred prior to trial to an institution close to the courthouse, Defendant is required to ascertain Plaintiff's location at the time of filing and service to ensure that Plaintiff actually receives Defendant's pretrial filings prior to the trial date.

IT IS HEREBY ORDERED that the deadline to file and serve the above-named documents is extended to Tuesday, September 18, 2007.

IT IS SO ORDERED.

**Dated:    September 12, 2007**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

1