IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFONZO TOLBERT,**<br><br>                                    Plaintiff,<br><br>            v.<br><br>**C. SHILAY, et al.,**<br><br>                                    Defendant. | CASE NO.: 1:03-cv-5254 LJO SMS P<br><br>**ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE AND SERVE PRETRIAL DOCUMENTS** (Doc. 105) |

Defendant's second request for an extension of time to file and serve his trial brief, jury instructions, and oppositions to motions in limine and to submit trial exhibits and an exhibit list was considered by the Court, and good cause appearing, Defendant's request is granted.

IT IS HEREBY ORDERED that the deadline to file and serve the above-named documents is extended to Thursday, September 20, 2007.

IT IS SO ORDERED.

**Dated:      September 19, 2007**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

1