# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>        Plaintiff,<br><br>   v.<br><br>D. PEELER,<br><br>        Defendant.<br>_____/ | CASE NO. 1:03-cv-05254-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION IN LIMINE, AND GRANTING DEFENDANT'S CROSS-MOTION IN LIMINE TO EXCLUDE EXPERT MEDICAL TESTIMONY BY PLAINTIFF<br><br>(Docs. 73 and 94)<br><br>ORDER DENYING DEFENDANT'S MOTIONS IN LIMINE TO EXCLUDE TESTIMONY WITNESSES MANNING AND BROWN AS MOOT<br><br>(Docs. 95 and 96) |

     Jury trial commenced in this matter on September 24, 2007. As set forth during proceedings, plaintiff's motion seeking leave of court to testify regarding the contents of his medical records is DENIED, and defendant's cross-motion to exclude expert medical testimony by plaintiff is GRANTED. Defendant's motions in limine to exclude the testimony of witnesses Manning and Brown are DENIED as moot.

IT IS SO ORDERED.

Dated:   September 24, 2007              /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE