# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT, | CASE NO. 1:03-cv-05254-LJO-SMS PC |
| Plaintiff, | NOTICE AND ORDER THAT ALAN DEVON, #E-43780, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| .v. | |
| D. PEELER, | |
| Defendant. | |
| _____/ | |

Jury trial in this matter commenced on September 24, 2007, at 12:00 p.m. Inmate witness Alan Devon, #E-43780, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: _Sept 24, 2007_

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1