# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT, | CASE NO. 1:03-cv-05254-LJO-SMS PC |
| Plaintiff, | ORDER PROVIDING CAPTAIN NORTON FIVE BUSINESS DAYS WITHIN WHICH TO SUBMIT WRITTEN EXPLANATION REGARDING FAILURE TO COMPLY WITH COURT ORDER TO TRANSPORT PLAINTIFF TO COURTHOUSE BY 8:00 A.M. ON SEPTEMBER 24, 2007 |
| v. | |
| D. PEELER, | |
| Defendant. | |
| | (Doc. 99) |
| | ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON CUSTODY CAPTAIN NORTON AND ON LITIGATION OFFICE AT CSP-CORCORAN |

Jury trial in this matter was to commence at 8:30 a.m. on September 24, 2007. Pursuant to the Court's order of August 21, 2007, plaintiff Alfonzo Tolbert was to be produced at the courthouse at 8:00 a.m. on September 24, 2007. Mr. Tolbert arrived at the courthouse at approximately 11:30 a.m.

Pursuant to the Court's inquiry, made through the California Department of Corrections transportation team who brought Mr. Tolbert, the Court was informed that Custody Captain Norton is able to provide an explanation regarding what occurred to cause the delay. The Court will provide Captain Norton with the opportunity to submit, in writing for the record, an explanation for the delay. If no explanation is offered or if an explanation is offered but it is inadequate, the Court will

///

1

set an order to show cause hearing at which time the personal appearance of witnesses deemed necessary by the Court will be ordered.

Accordingly, it is HEREBY ORDERED that:

1. Custody Captain Norton is provided with **five (5) business days** from the date of service of this order within which to submit to the Court a written explanation for the delay;

2. If no explanation is submitted or if an explanation is submitted but it is inadequate, the Court will set an order to show cause hearing at which time the personal appearance of witnesses deemed necessary by the Court will be ordered; and

3. The Clerk's Office shall serve a copy of this order on Custody Captain Norton and on the Litigation Office at CSP-Corcoran.

DATED: September 24, 2007

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE