

SEP 2 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                  DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT, | CASE NO. 1:03-cv-05254-LJO-SMS PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| D. PEELER, | |
| Defendant. | |
| _____/ | |

Jury trial in this matter commenced on September 24, 2007. Pursuant to Federal Rule of Civil Procedure 50(a), judgment was entered for defendant and against plaintiff on September 25, 2007.

Accordingly, plaintiff Alfonzo Tolbert, #D-37302, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: Sept 25, 2007

_____
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1