# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT,<br><br>             Plaintiff,<br><br>     v.<br><br>D. PEELER,<br><br>             Defendant.<br>_____/ | CASE NO. 1:03-cv-05254-LJO-SMS PC<br><br>ORDER DISCHARGING ORDER RE FAILURE TO COMPLY WITH COURT ORDER TO TRANSPORT PLAINTIFF TO COURTHOUSE BY 8:00 A.M. ON SEPTEMBER 24, 2007<br><br>(Doc. 119)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON CUSTODY CAPTAIN NORTON AND ON LITIGATION OFFICE AT CSP-CORCORAN |

Jury trial in this matter was to commence at 8:30 a.m. on September 24, 2007. Pursuant to the Court's order of August 21, 2007, plaintiff Alfonzo Tolbert was to be produced at the courthouse at 8:00 a.m. on September 24, 2007. Mr. Tolbert arrived at the courthouse at approximately 11:30 a.m.

Pursuant to the Court's inquiry, made through the California Department of Corrections transportation team who brought Mr. Tolbert, the Court was informed that Custody Captain Norton would be able to provide an explanation regarding what occurred to cause the delay. The Court provided Captain Norton with the opportunity to submit, in writing for the record, an explanation for the delay. The Court stated that if no explanation was offered or if the explanation offered was inadequate, the Court would set a hearing to show cause at which time the personal appearance of

1 witnesses deemed necessary by the Court would be ordered.  A response by Captain Norton was
2 received and filed on October 1, 2007.

3       The Court has considered the response and deems it to be an adequate explanation and
4 assurance that this situation will not arise again.  Therefore, the order of September 24, 2007, shall
5 be discharged and a hearing to show cause regarding the imposition of appropriate sanctions shall
6 not be held.

7       As set forth herein, it is HEREBY ORDERED that:

8     1.     The Court's order filed on September 24, 2007, is DISCHARGED and a hearing to
9         show cause shall not be set; and

10     2.     The Clerk's Office shall serve a copy of this order on Custody Captain Norton and
11         on the Litigation Office at CSP-Corcoran.

13 IT IS SO ORDERED.

14 **Dated:**    October 3, 2007                  /s/ **Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE