# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO TOLBERT, | CASE NO. 1:03-cv-05254-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING DUPLICATIVE MOTION FOR NEW TRIAL |
| v. | (Doc. 126) |
| D. PEELER, | |
| Defendant. / | |

Plaintiff Alfonzo Tolbert ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Trial by jury was held in this matter and judgment was entered for defendant Peeler on September 25, 2007. On October 9, 2007, plaintiff filed a motion seeking a new trial on the ground that the Court erred in denying his motion to subpoena unincarcerated witnesses without having to submit the required fees and costs. Fed. R. Civ. P. 59(a), 60(b). The motion was denied by the Court on October 12, 2007. On October 15, 2007, plaintiff filed a second motion seeking the same relief. The Court has already ruled on plaintiff's motion for a new trial on this ground and will not consider plaintiff's second motion.

Plaintiff's duplicative motion seeking a new trial, filed October 15, 2007, is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   October 18, 2007**          /s/ Lawrence J. O'Neill
                    UNITED STATES DISTRICT JUDGE

1